QUIN DENVIR, Bar #049374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN RAMON VERDUGO PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN RAMON VERDUGO PEREZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:05-cr-00017 AWI <br><br> **CORRECTED** <br> STIPULATION TO CONTINUE STATUS <br> CONFERENCE AND ORDER THEREON <br><br> Date:  August 1, 2005 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, Counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant Juan Ramon Verdugo Perez , that the status conference in this matter, now scheduled for June 20, 2005, may be continued to July 18, 2005, at 9:00 a.m. **The date currently set for status conference is June 20, 2005.  The requested new date is August 1, 2005, at 9:00 a.m.**

   This continuance is requested for the reason that it is anticipated a negotiated settlement will resolve this matter, but additional time is needed for investigation and negotiations to either finalize the agreement or prepare for trial.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

AUSA Pansa has approved of her electronic signature being placed here

DATED: June 16, 2005        By  /s/ Marianne A. Pansa
                                MARIANNE A. PANSA

QUIN DENVIR
Federal Public Defender

DATED: June 16, 2005        By  /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                Juan Ramon Verdugo Perez

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 17, 2005             /s/ Anthony W. Ishii**
0m8i78                               UNITED STATES DISTRICT JUDGE

**Corrected** Stipulation to Continue Status Conference
and [Proposed] Order Thereon                2